624

No. 579. CHARLES ILFELD CO. *v.* HERNANDEZ, COLLECTOR OF INTERNAL REVENUE. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. A. T. Hannett* for petitioner. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 585. POKORA *v.* WABASH RY. CO. December 18, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. John Pokora, pro se. Mr. Walter McC. Allen* for respondent.

No. 619. RADIO CORPORATION OF AMERICA ET AL. *v.* RADIO ENGINEERING LABORATORIES, INC. January 8, 1934. The petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Samuel E. Darby, Jr., Thomas G. Haight, James R. Sheffield,* and *William R. Ballard* for petitioners. No appearance for respondent.

No. 611. ELECTRIC CABLE JOINT CO. *v.* BROOKLYN EDISON CO., INC. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. D. Anthony Usina* for petitioner. *Messrs. Charles Neave* and *John D. Monroe* for respondent.

No. 614. LARSEN *v.* NORTHLAND TRANSPORTATION CO. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Samuel B. Bassett* for petitioner. *Messrs. Cassius E.*